UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TAFARI BEY,<br><br>    Plaintiff,<br><br>v.<br><br>OFFICER LEAHY BADGE #3188,<br><br>    Defendant. | Civil Action No. 19-12546-LTS |

FINAL ORDER OF DISMISSAL

In accordance with Order dated February 24, 2021, dismissing this action for the reasons stated therein, it is hereby ORDERED that the above-captioned matter is dismissed in its entirety.

Date:  2/24/2021

By the Court,

/s/ Maria Simeone
Deputy Clerk